IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

ADA MCCAUSE,

        Plaintiff,

v.                                     Case No. 22-CV-503-JFH-CDL

AMERICAN AIRLINES, INC.,

        Defendants.

**OPINION AND ORDER**

This matter is before the Court on the Motion to Withdraw filed by Bryan S. Lower ("Movant"), who is counsel of record for Plaintiff Ada McCause ("Plaintiff"). Dkt. No. 5. Movant represents that he is unable to effectively represent Plaintiff at this time. *Id.* at 1.

In this district, an attorney of record shall not withdraw from a case except upon reasonable notice to the client and all other parties who have appeared in the case and by leave of the judge to whom the case is assigned. LGnR4-4. "The grant or denial of an attorney's motion to withdraw in a civil case is a matter addressed to the discretion of the trial court." *Sanders v. Sw. Bell Tel., L.P.*, No. 03-CV-0452-CVE-FHM, 2009 WL 1765981, at *2 (N.D. Okla. June 16, 2009) (citing *Washington v. Sherwin Real Estate, Inc.*, 694 F.2d 1081, 1087 (7th Cir.1982). "Generally, district courts consider whether the case will be disrupted by the withdrawal of counsel; however, there are some situations in which an attorney will be permitted to withdraw even if it results in disruption." *Sanders*, No. 03-CV-0452-CVE-FHM, 2009 WL 1765981, at *2; *see Whiting v. Lacara*, 187 F.3d 317, 321 (2d Cir. 1999); *see, e.g., Washington*, 694 F.2d at 1088 (holding that the district court did not abuse its discretion in granting counsel's motion to withdraw where communication had deteriorated between attorney and client).

Here, Movant indicates that Plaintiff has been informed of his request to withdraw and will proceed pro se until she can retain new counsel.  Dkt. No. 5 at 1.  Having reviewed the Motion, the Court finds a sufficient basis to grant Movant's request to withdraw.

IT IS THEREFORE ORDERED that:

(1) the Motion to Withdraw [Dkt. No. 5] is GRANTED, and Bryan S. Lower is terminated as counsel of record for Plaintiff; and

(2) Bryan S. Lower is directed to serve a copy of this Order on Plaintiff and file a certificate of service containing Plaintiff's address.

Dated this 13th day of December 2022.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE